No. 99–9222. MITCHELL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–9250. DODD *v.* STRUBLE, JUDGE, SUPERIOR COURT OF GEORGIA, MOUNTAIN JUDICIAL CIRCUIT, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–9257. DEARMITT *v.* MORGAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–9282. BOBBITT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–9285. AUSTIN *v.* MITCHELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–9290. RAPOSO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–9292. JENKINS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–9293. HANSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–9300. LAUREANO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–9316. FLORES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–1072. CELPAGE, INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 99–1549. MRO COMMUNICATIONS, INC. *v.* AT&T CORP. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 99–1223. HANLON ET UX., PARENTS AND NEXT FRIENDS OF HANLON, ET AL. *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Motion of petitioners to defer consideration of petition for writ of certiorari denied. Certiorari denied.